

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff:  NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each plaintiff** must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. MR. NATHAN ISAACSON  ♯ 22337

2. _____

### -VS-

**B.    Full Name(s) of Defendant(s)  NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. ST. JOSEPH INSTITUTE FOR Addiction      4. HEAVY SET MAN "John DOE."

2. Clinical DIRECTOR MS. TORI              5. _____

3. DAVE' STUMP GRINDER OPERATOR            6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: MR. NATHAN ISAACSON  ♯ 22337

Present Place of Confinement & Address: P.O Box 477, Lyons, NY. 14489

WAYNE COUNTY JAIL.

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: ST. JOSEPH INSTITUTE FOR ADDICTION

(If applicable) Official Position of Defendant: REHAB FACILITY

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: 134 JACOBS WAY, PORT MATILDA, P.A 16870
1st AMENDMENT, EQUAL PROTECTION, FAILURE TO PROTECT, RIGHT TO COUNSEL, PHONE CALLS FAILURE TO PROPERLY TRAIN AND SUPERVISE, SUPERVISOR LIABILITY, PROFESSIONAL NEGLIGENCE.

Name of Defendant: MS. Tori

(If applicable) Official Position of Defendant: Clinical DIRECTOR OF ST. JOSEPHS

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: 134 JACOBS WAY, PORT MATILDA P.A 16870
FREE SPEECH, DUE PROCESS, FAILURE TO PROTECT, RIGHT TO COUNSEL, SUPERVISOR LIABILITY, FAILURE TO PROPERLY TRAIN AND SUPERVISE,

Name of Defendant: DAVE " "

(If applicable) Official Position of Defendant: MAINTANCE / STUMP GRINDER OPERATOR

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: 134 JACOBS WAY, PORT MATILDA , P.A 16870
DUE PROCESS, FAILURE TO PROTECT, PROFESSIONAL NEGLIGENCE, FAILURE TO PROPERLY TRAIN AND SUPERVISE.

PLEASE SEE PAGE 2A FOR ADDITIONAL DEFENDANT'S

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes____ No _X_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

Plaintiff(s):_____

Defendant(s):_____

_____

2.   Court (if federal court, name the district; if state court, name the county):_____

_____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____

2

DEFENDANT'S INFORMATION NOTE CONT.

NAME OF DEFENDANT: HEAVY SET MAN (John DoE) w/ DAVE on
10-3-17  offical position: MAINTENCE SUPERVISOR / YARD MANAGER.
DEFENDANT SUED IN   X   INDIVIDUAL AND   X   offical Capacity.
FOR FAILURE TO Probarly TRANK AND SUPERVISE, PROFESSIONAL
NEGLIGENCE.

2A

5.      The approximate date the action was filed:_____

6.      What was the disposition of the case?

        Is it still pending?  Yes_____  No_____

            If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

           _____   By court *sua sponte* as frivolous, malicious or for failing to state a claim
                   upon which relief can be granted;

           _____   By court for failure to exhaust administrative remedies;

           _____   By court for failure to prosecute, pay filing fee or otherwise respond to a court
                   order;

           _____   By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

        _____ plaintiff

        _____ defendant.


**B.**      Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment?**

        Yes_____   No $\times$

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment,
use this same format to describe the other action(s) on another sheet of paper.*

1.      Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

2.      District Court:_____

3.      Docket Number:_____

4.      Name of District or Magistrate Judge to whom case was assigned:_____
        _____

5.      The approximate date the action was filed:_____

6.      What was the disposition of the case?

        Is it still pending?  Yes_____  No_____

            If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

_____ By court *sua sponte* as frivolous, malicious or for failing to state a claim
upon which relief can be granted;

_____ By court for failure to exhaust administrative remedies;

_____ By court for failure to prosecute, pay filing fee or otherwise respond to a court
order;

_____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983.  (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| X • Free Speech | • False Arrest | • Malicious Prosecution |
| X • Due Process | • Excessive Force | • Denial of Medical Treatment |
| X • Equal Protection | X • Failure to Protect | X • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).
**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

**A. FIRST CLAIM:** On (date of the incident) 10 - 2 - 2017

defendant (give the **name and position held** of **each defendant** involved in this incident) ST. JOSEPH INSTITUTE FOR ADDICTION, CLINICLE DIRECTOR MS. TORREY AND "DAVE" THE STUMP GRINDER OPERATOR.

did the following to me (briefly state what each defendant named above did): "DAVE" WAS OPERATING THE STUMP GRINDER W/O ANY CAUTION TAPE, CONES, SIGNS OR A SAFETY MAN TO WARN HIM OF ANY ONCOMING PEDESTERIANS SO HE COLD SHUT DOWN THE MACHINE TILL THE PEDESTERIAN(S) PASS AT A SAFE DISTANCE. CLINICLE DIRECTOR MS. TORREY TOLD NATHAN HE COULD NOT MAKE ANY PHONE CALLS WHEN NATHAN SAID HE WANTS TO CALL A AMBULENCE, HIS PARENTS AND A LAWYER. (FOR PROPER MEDICAL TREATMENT FOR THE OPEN GASH ON HIS LEFT CHEEK BONE THAT HE SUSTAINED WHEN THE STUMP GRINDER EJECTED A ROCK AND STRUCK HIM

The constitutional basis for this claim under 42 U.S.C. § 1983 is: FREE SPEECH, DUE PROCESS, EQUAL PROTECTION, FAILURE TO PROTECT, RIGHT TO CONSEL, FAILURE TO TRANE + SUPERVISE SUPERVISOR LIABILITY.

The relief I am seeking for this claim is (briefly state the relief sought): PUNITIVE DAMAGES FOR DAMAGE TO NATHAN'S FACE, FOR THE VIOLATIONS OF HIS RIGHTS INCLUDING HIS PARENTS RIGHTS, FOR UPSETTING HIM AND HOW THEY TREATED NATHAN.

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

_____

**A. SECOND CLAIM:** On (date of the incident) 10 - 3 - 2017

defendant (give the **name and position held** of **each defendant** involved in this incident) "DAVE" STUMP GRINDER OPERATOR. HEAVY SET MAN (JOHN DOE) WITH DAVE.

_____

5

did the following to me (briefly state what each defendant named above did): ON 10-3-17 AT 7AM "DAVE" THE STUMP GRINDER OPERATOR AND THE HEAVY SET MAN HAD THE STUMP GRINDER BACK AT THE SCENE, CAUTION TAPE, CONES, SIGNS, AND SAFETY MAN NOW IN PLACE. THEY WERE TAKING PICTURES SO AS TO SAY THAT IT WAS IN COMPLIANCE WITH OSHA AND OTHER SAFETY STANDARDS AT THE TIME OF THE ACCIDENT. MS. TORRY THE CLINICLE DIRECTOR THREATENS NATHAN TO KEEP HIS MOUTH SHUT ABOUT THIS AND HOW HE GOT INJURED. ONCE ON 10-3-17 AND AGAIN ON 10-4-17

The constitutional basis for this claim under 42 U.S.C. § 1983 is: FREEDOM OF SPEECH, DUE PROCESS, EQUAL PROTECTION, FAILURE TO PROTECT, RIGHT TO COUNSEL, SUPERVISOR LIABILITY, FAILURE TO PROPERLY TRAIN AND SUPERVISE, PROFESSIONAL NEGLIGENCE.

The relief I am seeking for this claim is (briefly state the relief sought): PUNITIVE DAMAGES FOR FACIAL INJURY, VIOLATIONS OF NATHAN'S RIGHTS, INCL. PATIENTS RIGHTS FOR CONTINUING TO UPSET NATHAN MENTAL DISTRAUGHT FOR THE SUM $250,000

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I HAD NO SAY THERE AT ST. JOSEPHS  I WAS RELEASED FROM PROGRAM DUE TO NO FAULT OF MY OWN.

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

TO BE RELEASED FROM WAYNE CO. JAIL, FOR I HAD 24 DAYS COMPLETED IN THE 21-30 DAY PROGRAM AND WAS RELEASED FROM PROGRAM MS. TORRY STATED THAT THEY WERE TAKING ME TO ELMYRA I THOUGHT THEY WERE GOING TO PUT ME IN PRISON TO COVER THIS UP. STILL I REQUEST THE $250,000.00 FOR THE PUNITIVE DAMAGES, OR WHAT FURTHER RELIEF THIS COURT FEELS IM ENTITLED TO, THIS I PRAY.

Do you want a jury trial? Yes _X_ No_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11-23-2017_____

(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

X _Nathan Isaacson_____

_Nathan Isaacson_____

_____

Signature(s) of Plaintiff(s)

## AFFIDAVIT OF NATHAN ISAACSON

1) ON 10-2-2017 Around 3:15 p.m, I NATHAN ISAACSON was walking back to Group Class at ST. JOSEPHS INSTITUTE For Addiction to a building Called the APPALACHIAN Room and walked by a man Running a Stump Grinder. ON a Stump Next to the Gravel walkway about 15-20 FT. From me.

2) When I arrived at The APPALACHIAN Room there was no one there. So i headed back up towards the SYCAMORE LODGE, when i was walking back by the Stump Grinder A object (STONE) Shot out and Struck me in my face Just missing my Left eye Hitting my Cheek bone area. It had Left a Gash in my Face.

3) I was bleeding real bad, my white T-shirt had alot of blood all over it. I ran to the nurses office on campus where they did a really bad Job on even beginning to treat me, and stop the bleeding or stop the pain. Nurse Kacy took pictures with her phone. I asked to call the ambulance and they said no phone calls. Then RA Jess (FEMALE) took me to TYRON HOSPITAL in P.A and they treated my face with Glue to Close the Gash on my Left Cheek bone.

4) Back at ST. JOSEPHS when I arrived I asked Tiffiny for copies of my medical Records of the accident and the photograph they took of my face. And the nurses said what picture? So I replied back and said the picture you took of the open Gash on my Face. Nurse Tiffiny got mad and slammed the door in my face. 6:30 p.m.

AffiDAVIT CONT.

5) 10-2-2017 6:30 p.m I asked to use the phone to call my mom and my ATTORNEY to advise them of what happend and that they here wouldnt RELEASE the INCIDENT Report, or my medical report aswell as the picture of the Gash on my Face. I was hurt and in a lot of pain. I would also like to STATE THAT THERE WAS NOT ANY CAUTION TAPE, CAUTION CONES, OR CAUTION SIGNS in THE AREA of the accident. I also would like to STATE THAT THERE WAS NO WORK ZONE SIGN WARING of ANY DANGER OR A SAFTY MAN ANYWHERE.

6) "DAVE" THE MAN operating the stump Grinder, when he saw me Bleeding and start to cry he Just Kept working... He Saw me he looked right at me! Did nothing to help me, so i ran the best i could to get help for myself.

7) 10-2-2017 AT 9:15 p.m I went Val's office to try and call my mom and tell her to call my ATTORNORY. Val DENIED Me and SAID ABSOLUTLY NO! No CALLS!

8) 10-3-2017 7:00 A.m THE Maintence MAN PUT UP CAUTION SIGNS, CAUTION TAPE, as well as CAUTION CONES, AND PUT the stump Grinder back at the scene of the Accident. (Guy's NAME is DAVE) with a Heavy set man covering up the scene. The machine was (not) in the Exact same spot of the accident. And the men were TAKING (FAUSLE) PICTURES of SCENE. They also went around campus and put up addicnal CAUTION SIGNS around all the other stumps they have previously Grindt down.

Affidavit CONT.

9) They staged a Fauise SCENE AFTER THE ACCIDENT TO MAKE IT look AS IF it Conforms the SAFTY STANDARDS. And they failed to put up SAFTY PERCAUTIONS in place THE DAY OF THE ACCIDENT on 10-2-2017.

10) AT 9:30 A.M DAVE and the Heavy set man moved the Stump GRINDER to another stump Location and PUT UP CAUTION TAPE and WORK ZONE SAFTY SIGNS UP. I was Refused USE phone AGAIN! This Facility is Denying me of all my PATIENT RIGHTS as well as my Client RIGHTS. ALL Of THEM.

11) AT 10:10 Am ON 10-3-2017 I am Emotionally TRAMATIZED by the EVENTS TAKING PLACE HERE AT ST. JOSEPH INSTITUTE They are covering up what happen to me.

12) The DOCTOR that Looked at me mentally, and Emotionally Beat me down with his words. Then reached for my FACE where the bandaid had been placed on my cheek without warning, Scratched my cheek, pulled of my Bandaid pulling off the Glue. The Gash on my left cheek bone started bleeding because it opened back up. What are you doing? I Said. I want to go to the hospital for proper care, I'm TRAPPED here and not being treated RIGHT. AGAIN DENIED My MEDICAL RECORDS as well as my Client RIGHTS. THE R/A's are Following me around everywhere I go. My Face and back HURT.

AFFIDAVIT CONT.

13) ON 10-3-2017 AT 2:00 p.m I Got called into the Clinical DIRECTOR'S OFFICE MS.TORI) and was DENIED phone calls and was THREATEND by Her to KEEP MY Mouth shut!! about my INJURY and how it HAPPEND To WHATS Going on AROUND HERE. She also Deniend me of all my Client RIGHTS as well as to give me ALL STAFF NAMES THAT WERE WORKING on 10-2-2017 I then asked to Use the phone to make a call and was absolutely DENIED ANY PHONE CALLS TO ANYONE ESPECIALLY my LAWYER.

14) I Went over to the NURSE'S STATION and ASKED THEM AGAIN FOR copies of MY medical RECORDS as well as my Report on my INJURY and PHOTO of my face and they said NO. So I Walked back over to the Clinical DIRECTORS OFFICE (MS.TORI) AND Said to HER I want to call my Lawyer. SHE SAID NO! Then she said to me "GO AHEAD AND SUE THEN"! 3:15 p.m. ON 10-3-2017 around 7:00 p.m I went back to the Hospital FOR STICTHES. LEFT HOSPITAL and headed back to ST.JOSEPHS at 8:48 p.m.

15) 10-4-2017 @ 6:12 A.m WOKE UP, Fell asleep at 5:30AM my face is in a lot of pain. 6:45 Im sitting in the bald eagle when "DAVE" The man running the stump Grinder walks by me Looks at me shaking his head and gave me Dirty looks. ON his way back from the ~~Kitchen~~ Kitchen he walks back by me and comments to me ASSHOLE! I did not Reply. I am going to TRY to use the phone to call my ATTORNEY and my mother.

## AFFIDAVIT CONT.

I want to leave, I don't feel welcome here anymore. I'm being forced to do what the R/A's say as well as the Clinical Director and Executive Director. Tired of threats to keep my mouth shut! about what happen to me. I feel trapped... I am suffering... I want to call for HELP but they will not allow me to do so. I am mentally and Emotionally Run Down. To the point I am not sleeping... i am exausted.

16) I have a List of 7 wittinesses one being a Retired police officer who all will TESTIFY that on 10-2-2017 THAT THERE WAS NO SAFTY DEVICES IN PLACE IN THAT WORK ZONE. NO CAUTION TAPE, NO CAUTIONS, NO CAUTION CONES, NO SIGNS, NO SAFTY MAN.

17) 10-4-2017 AT 9:40 A.m I got called out of Group to go to the Clinical Director's office and was THREATENED By my Probation officer over the phone that if I DON'T DO EVERYTHING and ANYTHING they say that i'll be going to Jail for the MAX TIME Allowed. Clinical DIRECTOR TORI has made FAULSE ACCUSATIONS ABOUT ME. They'RE TRYING TO GET ME Kicked out of HERE. AND MAKE IT LOOK LIKE MY FAULT THAT I HAD GOT INJURED. and saying that i am not following the rules... which is FAULSE. CONVERSATION ENDED @ 9:52 a.m I would Just Like to STATE THAT I AM NOT DOING ANYTHING WRONG.

AFFIDAVIT CONT.

18. 10:10 A.m 10-4-2017 BALD EAGLE

I am on time to all my Groups, Classes, To MEDLINE, BREAKFAST, Lunch, Dinner. I'm being Singled Out and am Tired of THREATS, and Harrassment sense the injury that happend to me on 10-2-2017 I am still not able to use the phone. My MEDS are being crushed up by the Nurses. "I DONT FEEL SAFE" I'm scared for my LIFE, MY HEALTH, AND MY RECOVERY ever sense THE ACCIDENT I've been THREATEND SEVERAL TIMES, CALLED NAMES by STAFF AND TREATED LIKE A CRIMINAL.

19) 10-5-2017   Jessica GLover took my Journal and read what i have wrote down and went to the Clinical DIRECTOR Tori's office.

20) 10-6-2017   7:25 A.m DIDN'T FALL ASLEEP Till 5:30 A.m Scared, STAFF is THREATENING ME TO KEEP MY MOUTH SHUT OR THEY'RE GOING TO KICK ME OUT AND SEND ME TO JAIL. STILL WILL NOT ALLOW ME TO MAKE A PHONE CALL. "I DON'T KNOW WHAT TO DO I FEEL TRAPPED."

21) I'm SUFFERING IN PAIN, EMOTIONALLY DRAINED, EXAUSTED... EVERYTIME i SEE THE STICHES IN MY FACE AND SEE THE SCAR that it is going to leave, I Get Super Emotional, THE STAFF here are making me feel and are saying that it is my FAULT THAT I GOT INJURED. I'm sick to my Stomach Im losing sleep i couldn't EAT and haven't been EATING SENSE THE ACCIDENT. EVERY NOISE WAKES ME up, Slamming DOORS, ECT. BECAUSE of the Noise Assiocated with the MACHINE. I'm scared, HURT, AND Emotionally BROKE DOWN BY ALL THE THREATS.

AFFIDAVIT CONT.

22) ON OR ABOUT THE 6th TO THE 7th OF OCTOBER 2017 I NATHAN ISAACSON, was sitting in Group at the APPALACHIAN Room. During Group I Got called to Admissions. I DID'NT KNOW WHY! When i got to Admissions BA ROB, THE Clinical DIRECTOR Tori, counsier Cindy, AND THE DRIVER LiL John, Told me i had to leave THE INSTITUTE FOR NO REASON. I ASKED TO SPEAK TO THE Executive director JUDY! Tori, THE Clinical DIRECTOR Told me she is unavialable. Then i asked why is it that i am being Kicked out? SHE SAID I DON'T KNOW AND THEY SAID THAT THE DECISON HAS AlREADY BEEN MADE. AND THAT it is OUT OF THEIR HANDS. THEN DEMANDED ME TO GET INTO THE TRANSPORT VAN OR I WOULD BE ESCORTED OUT By THE Police. AT THAT POINT I WAS TeRRIFIED AND GOT INTO THE VAN. AGAINST MY OWN WILL. I WAS THREATEND TO GET INTO THE TRANSPORT VAN OR THAT THERE WILL BE CONSEQUENCES. THEX AIL WERE THREATING ME.

23) I could not understand what i did wrong. Nobody Would TELL ME ANYTHING! THAN THEY MADE ME SIGN A PAPER AND WOULD NOT AILOW ME TO READ IT. THEY TOLD ME IT WAS TO RELEASE MY MED's. And my clothing and my bags (2) DUFFEL BAGS that MY FATHER Gave me. THAT I BROUGHT WITH ME. They said it's too Late We are already Leaving. UNEXCEPTABLE!!

# AFFIDAVIT CONT.

24) THEN asked Where are you TAKEING ME? Clinical DIRETOR TORI says ELMIRA, NY. When she said that My HEART DROPPED and I started to CRY. I Thought that they were Taking me to PRISON Because of what my probation officer said to me, on the phone when he and the clinical DIRECTOR TORI THREATEND ME. THAT he was going to give me THE MAX TIME possible.

25) I'm TERRIFIED as we Left ST. JOSEPH'S I can't Believe this is Happening. And scared After the way I've been TREATED and THEY'RE TAKING ME TO PRISION TO KEEP QUIT. and sweep this accident under the rug like it never happen.

26) Lil John the TRANSPorter for ST. Joseph's and I stopped at a gas station.... And I got out of the van and went into the store bathroom to change my pants, Then I left out the store and started walking back to N.Y where I could at least make a phone call. Later after I started walking P.A STATE TROOPER picked me up and DROpped me off in Altoona P.A when I called my sister and she sent me a bus ticket, back home to NY.

27) Once at Home the following day around 7A.M in the morning Wayne County Sheriffs took me into custody at my mom's house for no reason to No FAULT of MY OWN. THIS Whole mess FALLS ON THE ST. JOSEPH'S INSTITUTE For NOT TREATING ME PROPERLY, COVERING UP THE ACCIDENT that occured 10-2-2017 as well as Spoilation OF EVIDENCE.

AFFIDAVIT OF PETER McNALLY

1) I PETER McNALLY WAS TOLD BY NATHAN ISAACSON WHAT HAPPENED AT ST. JOSEPH'S REHAB. JASON ASKED ME "PETE WHEN YOU GO TO THE LAW LIBRARY WOULD YOU CALL ATTORNEY WILLIAM MATTAR FOR ME"? I SAID I WOULD AND DID. TWO DAYS LATER I WAS TOLD BY THE C/O THAT I COULD NOT CALL ANY LAWYERS EXCEPT THE ONE HANDLING YOUR CASE. I CALLED A ACCIDENT/INJURY ATTORNEY FOR BOTH NATHAN AND I FOR MY FALL AT MY ADDRESS FOR HAND/SHOULDER INJURY. 10-19-17

2) SO EVEN HERE AT WAYNE COUNTY JAIL WE ARE BEING KEPT FROM MAKING LEGAL CALLS TO ATTORNIES. THIS IS HOW I BECAME INVOLVED IN NATHAN'S CASE.

3) NATHAN GOT RELEASED FROM PROGRAM AT ST JOSEPH'S BY DISHONORABLE DISCHARGE DUE TO NO FAULT OF HIS OWN. GETS PICKED UP BY WAYNE CO. SHERIFFS, PUT IN WAYNE CO. JAIL FOR A PROBATION VIOLATION DUE TO NO FAULT OF HIS OWN THAT CONSTITUTES UNLAWFUL DETAINMENT/IMPRISONMENT.

4) NATHAN'S MEDICATION TAKEN AT ST. JOSEPH'S WHILE HE WAS THERE 26 DAYS

| 1) 200mg SYRIQUEL | 2) 100mg ZOLOFT |
|-------------------|-----------------|
| INSOMINIA         | ANXIETY         |

3) 600-1200 NEUROTTN FOR BACK PAIN.
SYRIQUEL CAUSES: CONFUSION, HEADACHES, CHANGE IN HIS THINKING, FEELING NERVOUS AND EXCITABLE, FEELING TIRED AND WEEK. NATHAN SAID THEY "CRUSHED" HIS MEDS IN PAPERS THAT ARE ATTACHED SAYS *DO NOT CHEW, BREAK OR CRUSH.*

AFFiDAViT oF PETER McNally CONT.

5) I SPOKE WITH NATHAN ISAACSON AND ASKED iF HE WAS EVER DiAGNOSED WiTH A MENTAL IMPAIRMENT, ANXiETY OR INSOMMNiA? HE SAiD NO!

6) ST. JOSEPH'S MEDiCAL STAFF AND HiGHER UP'S SHOULD BE CHARGED WiTH IMPROPER MEDiCAL DiAGNOSiS'S, FRAUD By PERSCRiBiNG "MEDiCATiON THAT THE CLiENT'S NEVER TAKEN AND DOSE NOT NEED. THiS iS TO DRiVE UP THE PRiCE TO THE INSURANCE COMPANY FOR THE CLiENT WHO iS NOW A PATiENT AT THE St. JOSEPH'S INSTiTUTE FOR ADDiCTiON. THiS iS FRAUD PLAiN AND SiMPLE.

7) AS SWORE TO, I DECLARE UNDER THE PENALiTY OF PERJURY THE FOREGOiNG iS TRUE AND CORRECT.

Mr. Peter McNally

I'D LiKE TO THANK THiS COURT FOR iT'S TiME.

THANKyou!

MR. PETER McNALLY
C.E.O. NORTH STAR SPECiAL INVESTiGATiONS UNiT.
P.O. BOX 477
LYONS, N.Y.  14489

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12-5-2017_____

(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Nathan Isaacson_____

_____

_____

Signature(s) of Plaintiff(s)

12.5.17

_Cindy Seavert_

CINDY L. SEAVERT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SE6307669
Qualified in Wayne County
Commission Expires July 7, 2018

AFFIDAVIT/AFFIRMATION OF SERVICE.

I Nathan Isaacson DID PUT AN EXACT COPY OF MY COMPLAINT IN THE U.S. MAIL ON THIS DATE AND MAILED IT TO:

ST. JOSEPH INSTITUTE FOR ADDICTION
134 JACOBS WAY
PORT MATILDA, PA. 16870

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

PRINT Nathan Isaacson

SIGN. Nathan Isaacson

12.5.17

CINDY L. SEAVERT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SE6307669
Qualified in Wayne County
Commission Expires July 7, 2018

 **UpToDate®**  Official reprint from UpToDate®
www.uptodate.com ©2015 UpToDate®

 Wolters Kluwer

The content on the UpToDate website is not intended nor recommended as a substitute for medical advice, diagnosis, or treatment. Always seek the advice of your own physician or other qualified health care professional regarding any medical questions or conditions. The use of this website is governed by the UpToDate Terms of Use ©2015 UpToDate, Inc.

## Quetiapine: Patient drug information  Lexicomp®

Copyright 1978-2015 Lexicomp, Inc. All rights reserved.

(For additional information see "Quetiapine: Drug information" and see "Quetiapine: Pediatric drug information")

### Brand Names: US  SEROquel; SEROquel XR

### Brand Names: Canada  Abbott-Quetiapine; ACT-Quetiapine; Apo-Quetiapine; Auro-Quetiapine; Dom-Quetiapine; JAMP-Quetiapine; Mar-Quetiapine ; Mylan-Quetiapine; PHL-Quetiapine; PMS-Quetiapine; PRO-Quetiapine; Quetiapine XR; RAN-Quetiapine; Riva-Quetiapine; Sandoz-Quetiapine; Sandoz-Quetiapine XRT; Seroquel; Seroquel XR; Teva-Quetiapine; Teva-Quetiapine XR

### Warning

- There is a higher chance of death in older adults who take this drug for mental problems caused by dementia. Most of the deaths were linked to heart disease or infection. This drug is not approved to treat mental problems caused by dementia.
- Children and teens who take this drug may be at a greater risk of having thoughts or actions of suicide. Adults may also be at risk. The risk may be greater in people who have had these thoughts or actions in the past. Watch people who take this drug closely. Call the doctor right away if signs like low mood (depression), nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur.
- This drug is not approved for use in children younger than 10 years of age. Talk with the doctor.

### What is this drug used for?

- It is used to treat bipolar problems.
- It is used to treat schizophrenia.
- It is used to treat low mood (depression).
- It may be given to you for other reasons. Talk with the doctor.

### What do I need to tell my doctor BEFORE I take this drug?

- If you have an allergy to quetiapine or any other part of this drug.
- If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
- If you have any of these health problems: Long QT on ECG, low magnesium levels, or low potassium levels.
- If you have had in the past a heartbeat that does not feel normal.
- If you are taking any drugs that can cause a certain type of heartbeat that is not normal (prolonged QT interval). There are many drugs that can do this. Ask your doctor or pharmacist if you are not sure.

Quetiapine: Patient drug information

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell dentists, surgeons, and other doctors that you use this drug.
- X Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- X To lower the chance of feeling dizzy or passing out, rise slowly over a few minutes when sitting or lying down. Be careful climbing stairs.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- Have an eye exam every 6 months.
- This drug may affect certain lab tests. Be sure your doctor and lab workers know you take this drug.
- Avoid drinking alcohol.
- X Talk with your doctor before you use other drugs and natural products that slow your actions.
- Cataracts may rarely happen.
- X If you have high blood sugar (diabetes), you will need to watch your blood sugar closely. Tell your doctor if you get signs of high blood sugar like confusion, feeling sleepy, more thirst, more hungry, passing urine more often, flushing, fast breathing, or breath that smells like fruit.
- X Low white blood cell counts have happened with drugs like this one. This may lead to a higher chance of getting an infection. Deadly infections have rarely happened. Tell your doctor if you have ever had a low white blood cell count. Call your doctor right away if you have signs of infection like fever, chills, or sore throat. Talk with your doctor.
- Older adults with dementia taking drugs like this one have had a higher number of strokes. Sometimes these strokes have been deadly. This drug is not approved to treat mental problems caused by dementia. Talk with your doctor.
- Be careful in hot weather or while being active. Drink lots of fluids to stop fluid loss.
- X A very bad and sometimes deadly health problem called neuroleptic malignant syndrome (NMS) may happen. Call your doctor right away if you have any fever, muscle cramps or stiffness, dizziness, very bad headache, confusion, change in thinking, fast heartbeat, heartbeat that does not feel normal, or are sweating a lot.
- If you are 65 or older, use this drug with care. You could have more side effects.
- Use with care in children. Talk with the doctor.
- Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant.
- Taking this drug in the third trimester of pregnancy may lead to muscle movements that cannot be controlled and withdrawal in the newborn. Talk with the doctor.
- Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

## What are some side effects that I need to call my doctor about right away?

**WARNING/CAUTION:** Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Very bad dizziness or passing out.

Quetiapine: Patient drug information

- Very bad headache.
- A heartbeat that does not feel normal.
- Chest pain or pressure or a fast heartbeat.
- Trouble controlling body movements, twitching, change in balance, trouble swallowing or speaking.
- Shakiness, trouble moving around, or stiffness.
- Feeling very tired or weak.
- Drooling.
- Seizures.
- Any bruising or bleeding.
- Change in eyesight.
- A burning, numbness, or tingling feeling that is not normal.
- Enlarged breasts.
- Nipple discharge.
- Change in sex ability.
- For women, no period.
- Some people who take this drug may get a very bad muscle problem called tardive dyskinesia. The risk may be greater in older adults, mainly women. The chance that this will happen or that it will never go away is greater in people who take this drug in higher doses or for a long time. Muscle problems may also occur after short-term use with low doses. Call your doctor right away if you have trouble controlling body movements or if you have muscle problems with your tongue, face, mouth, or jaw like tongue sticking out, puffing cheeks, mouth puckering, or chewing.
- Call your doctor right away if you have a painful erection (hard penis) or an erection that lasts for longer than 4 hours. This may happen even when you are not having sex. If this is not treated right away, it may lead to lasting sex problems and you may not be able to have sex.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Dizziness.
- Headache.
- Feeling nervous and excitable.   *NATHAN*
- Hard stools (constipation).
- Dry mouth.
- Feeling sleepy.
- Weight gain.
- Upset stomach or throwing up.
- Feeling tired or weak.
- Belly pain.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to your national health agency.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

**All products:**

Quetiapine: Patient drug information

- Take as you have been told, even if you feel well.
- To gain the most benefit, do not miss doses.
- Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of signs of withdrawal. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor.
  **Tablet:**
- Take with or without food.



**Extended-release tablets:**
- Swallow whole. Do not chew, break, or crush.
- Take on an empty stomach or with a light meal.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature.
- Protect from light.
- Store in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Check with your pharmacist about how to throw out unused drugs.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.
- Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.
- Some drugs may have another patient information leaflet. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

Use of UpToDate is subject to the Subscription and License Agreement.

Topic 11010 Version 141.0

WITNESS EXHIBIT 7

I Christopher Button       AM HERE TO STATE FOR THE RECORD THAT ON 10-2-2017 AT THE ST. JOSEPH INSTITUTE FOR ADDICTION LOCATED AT 134 JACOBS WAY, PORT MATILDA, PA. BY THE GRAVEL WALKWAY NEAR THE APPALACHIAN ROOM A STUMP GRINDER WAS IN USE AROUND 3:15PM 10-15FT FROM THE GRAVEL WALKWAY WHEN NATHAN ISAACSON WAS INJURED BY A OBJECT THAT WAS EJECTED BY THE STUMP GRINDER WHEN WALKING BY. THE OBJECT STRUCK HIM ON THE LEFT SIDE OF HIS FACE LEAVING A OPEN GASH. * THERE WAS NO SAFETY DEVICES IN PLACE AT THAT TIME. No caution tape, cones, signs or 2nd safety man. *

FURTHERMORE ON 10-3-2017 AROUND 7:30AM AT THE SAME SCENE, THE STUMP GRINDER WAS THERE ROUGHLY IN THE SAME Place AREA BUT CLOSER TO THE GRAVEL WALKWAY * WITH CAUTION TAPE, CONES, SIGNS AND 2ND SAFETY MAN. * THEY WERE TAKING PICTURES OF THE SCENE TO MAKE IT LOOK AS THOUGH IT WAS OR IS UP TO SAFETY CODE(S).

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON (DATE) 11/26/17

Print: Christopher Button

SIGN: Christopher Button

TO: COURT CLERK

RE: CASE PAPERS.

DEAR CLERK PLEASE DATE/STAMP CASE
PAPERS, KEEP 1 FOR COURT, 5 SEND TO
NATHAN ISAASON AND 1 TO PETE MCNALLY

THANK you!

NATHAN ISAASON  PRO SE   5 COPIES
10727 ANSTEE RD.
CLYDE, N.Y. 14433

PETE MCNALLY     WITTNESS   1 COPY
P.O. BOX 477
LYONS, N.Y.
         14489

P.S. PLEASE RESTAPLE  I DO NOT HAVE
ACESS TO A LARGER STAPLER.

THANK you!

JS 44 (Rev. 06/17) JAN 17 2018

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MR. NATHAN ISAACSON / Pro se

### DEFENDANTS
ST. JOSEPH INSTITUTE FOR ADDICTION CLINICAL DIRECTOR MS. TORI, DAVE GROUNDS KEEPER AND HEAVY SET MAN "JOHN DOE" AS GROUNDS KEEPER SUPERVISOR

**(b)** County of Residence of First Listed Plaintiff  WAYNE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  CENTRE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
315-573-6179
10777 AINSLEE RD.
CLYDE, N.Y. 14433

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983
Brief description of cause: PROFESSIONAL NEGLIGENCE, FAILURE TO PROTECT, FRAUD SUPERVISOR LIABILITY, FAILURE TO PROPERLY TRAINE AND SUPERVISE.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 250,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*
JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____